UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA CORNELL SKINNER, ID # 2137079 *Petitioner*, | § § § § | |
| v. | § § | No. 3:21-CV-1246-X-BH |
| DIRECTOR, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE <u>UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 41]. The Magistrate Judge concluded that Skinner's Motion to Stay [Doc. No. 40] should be denied "[b]ecause [Skinner] has not shown that he is entitled to a stay and abeyance under the standard set forth in *Rhines*."[1] Skinner filed objections. [Doc. No. 42]. First, he claims that the "*Rhines* standard does not apply."[2] But Skinner himself applies the *Rhines* standard, so he doesn't adequately explain that objection. Second, Skinner styles his claim as a "dead-bang winner."[3] But Skinner merely regurgitates the same

---

[1] Doc. No. 41 at 4.

[2] Doc. No. 42 at 1 (emphasis added).

[3] *Id.* at 3.

1

argument the Magistrate Judge rejected, and Skinner does not quibble with the Magistrate Judge's reasoning.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Skinner's Motion to Stay.

**IT IS SO ORDERED** this 5th day of October 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE