UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA CORNELL SKINNER, §<br>ID # 02137079, §<br> §<br> *Petitioner*, §<br> §<br>v. §<br> §<br>DIRECTOR, Texas Department of §<br>Criminal Justice, Correctional §<br>Institutions Division, §<br> §<br> *Respondent.* | Civil Action No. 3:21-CV-1246-X-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation in this case. (Doc. 58). Magistrate Judge Rutherford recommends either dismissing Petitioner's Rule 60(b) motion without prejudice for lack of jurisdiction, or, alternatively, denying the motion on the merits.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner's Rule 60(b) motion for lack of jurisdiction. (Doc. 57).

1

**IT IS SO ORDERED** this 16th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE